# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00434-CV

### In re H.L. "Larry" Gardner, Jr.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

On July 15, 2015, relator H.L. "Larry" Gardner, Jr. filed his petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.8, 52.10. The real parties in interest, Tracen Gardner, Sasa Watt, and Anne Clare, filed a response to the motion for temporary relief on the same day. Having reviewed the petition and the record and the motion for temporary relief and the response, we deny the motion and the petition for writ of mandamus.

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed:   July 15, 2015